IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES,<br><br>      Defendant. | Before: Hon. _____<br><br>Court No. 21-00596 |

**COMPLAINT**

Plaintiff American Manufacturers of Multilayered Wood Flooring ("AMMWF" or "Plaintiff"), by and through its attorneys, alleges and states the following claims against Defendant United States:

**ADMINISTRATIVE DETERMINATION TO BE REVIEWED**

1. Plaintiff brings this Complaint to contest portions of the U.S. Department of Commerce's ("Commerce") final affirmative results in the administrative review of the countervailing duty order on multilayered wood flooring ("MLWF") from the People's Republic of China ("China") for the period of review ("POR") of January 1, 2018 through December 31, 2018. The final results in this administrative review were issued on October 20, 2021 and published in the *Federal Register* on October 27, 2021. *Multilayered Wood Flooring From the People's Republic of China*, 86 Fed. Reg. 59,362 (Dep't Commerce Oct. 27, 2021) (final results and partial recission of countervailing duty admin. rev.; 2018) ("Final Results") and accompanying Issues and Decision Memorandum ("I&D Memo"). Amended final results were published on December 1, 2021. *Multilayered Wood Flooring From the People's Republic of China*, 86 Fed.

Ct. No. 21-00596

Reg. 68,219 (Dep't Commerce Dec. 1, 2021) (notice of amended final results of countervailing duty admin. rev.; 2018) ("Amended Final Results").

## JURISDICTION

2.      The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1581(c), as this action is commenced under Sections 516A(a)(2)(A)(i)(I) and (B)(iii) of the Tariff Act of 1930, as amended.  19 U.S.C. §§ 1516a(a)(2)(A)(i)(I) & (B)(iii).

## STANDING

3.      Plaintiff is an *ad hoc* association whose members manufacture the domestic like product in the United States.  As such, Plaintiff is an "interested" party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(E). In addition, Plaintiff participated in the administrative review which led to the challenged final results, and accordingly has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

## TIMELINESS OF ACTION

4.      Plaintiff commenced this action by filing a summons on November 24, 2021, within thirty days after the date of publication of the final results of the administrative review being contested.  Summons (Nov. 24, 2021), ECF No. 1.  Plaintiff is filing the Complaint within thirty days of filing the Summons.  The Summons and Complaint are therefore timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and Rules 3(a)(2) and 6(a) of this Court.

## HISTORY OF THE ADMINISTRATIVE PROCEEDING

5.      On February 6, 2020, the initiation of the administrative review of the countervailing duty order on MLWF from China for the POR of January 1, 2018 through December 31, 2018 was published in the *Federal Register*.  *Initiation of Antidumping and*

Ct. No. 21-00596

*Countervailing Duty Administrative Reviews*, 85 Fed. Reg. 6,896, 6,902-05 (Dep't Commerce Feb. 6, 2020).

6.     At the outset of the underlying administrative review, Commerce selected Riverside Plywood Corp. ("Riverside") and Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. ("Senmao") as mandatory respondents.  Memorandum from Suzanne Lam, Int'l Trade Compliance Analyst, Off. VIII, AD/CVD Operations, through Kathleen Marksberry, Program Manager, Off. VIII, AD/CVD Operations, to Iren Darzenta Tzafolias, Dir., Off. VIII, AD/CVD Operations, re: *Countervailing Duty Administrative Review of Multilayered Wood Flooring from the People's Republic of China: Respondent Selection* (Apr. 22, 2020) at 1.

7.     Senmao and Riverside filed their initial questionnaire responses on July 6, 2020 and July 13, 2020, respectively.  Letter from Husch Blackwell LLP to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Section III Questionnaire Response* (July 6, 2020); Letter from Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP to Sec'y Commerce, re: *Riverside Plywood Initial Questionnaire Response: Seventh Administrative Review{} of the Countervailing Duty Order on Multilayered Wood Flooring from China (C-570-971) (POR: 2018)* (July 13, 2020).  The Government of the People's Republic of China ("GOC") filed its initial questionnaire response on July 16, 2020.  Letter from Law Offices of deKieffer & Horgan, PLLC to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: GOC Section II Questionnaire Response* (July 16, 2020).  Senmao, Riverside, and the GOC filed supplemental questionnaire responses between July and October 2020.  *Multilayered Wood Flooring From the People's Republic of China*, 86 Fed. Reg. 21,693 (Dep't Commerce Apr. 23, 2021) (prelim. results of countervailing duty admin. rev., and intent to

3

rescind rev., in part; 2018) ("Prelim Results") and accompanying Preliminary Decision Memorandum at 3-4 ("Prelim Decision Memo").

8. AMMWF filed new subsidy allegations on August 5, 2020, alleging the provision of wood glues and adhesives and paint, primer, and stain for less-than-adequate remuneration ("LTAR"). Letter from Wiley Rein LLP to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: New Subsidy Allegations* (Aug. 5, 2020) at 7-16. Commerce initiated investigations into the provision of wood glues and adhesives and paint, primer, and stain for LTAR on September 15, 2020. Memorandum from Suzanne Lam & Dennis McClure, Int'l Trade Compliance Analysts, AD/CVD Operations, through Kathleen Marksberry, Program Manager, Off. VIII, AD/CVD Operations, to Irene Darzenta Tzafolias, Dir., Off. VIII, AD/CVD Operations, re: *Countervailing Duty Administrative Review of Multilayered Wood Flooring from the People's Republic of China: Decision Memorandum on New Subsidy Allegations* (Sept. 15, 2020) at 2-4. Riverside, Senmao, and the GOC filed new subsidy allegations initial and supplemental questionnaire responses between October and November 2020. Prelim Decision Memo at 3-4.

9. Parties submitted benchmark information for Commerce's consideration in evaluating Chinese respondents' receipt of various inputs for LTAR. AMMWF filed its benchmark submission on December 7, 2020, providing, *inter alia*, world export data from UN Comtrade to benchmark respondents' purchases of plywood, fiberboard, veneers, wood glues and adhesives, paint, primer, and stain, and cut timber. Letter from Wiley Rein LLP to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Other Factual Information and Benchmark Pricing Information* (Dec. 7, 2020) at 2-4.

Ct. No. 21-00596

      10.     Riverside and Senmao also filed benchmark submissions on December 7, 2020 and rebuttal benchmark submissions on December 17, 2020.  Prelim Decision Memo at 4.  *See also, e.g.*, Letter from Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP to Sec'y Commerce, re: *Benchmark Data Submission: 2018 Administrative Review of the Countervailing Duty Order on Multilayered Wood Flooring from the People's Republic of China (C-570-971)* (Dec. 7, 2020) ("Riverside 1st Benchmark Submission"); Letter from Husch Blackwell LLP to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Benchmark Submission* (Dec. 7, 2020) ("Senmao Benchmark Submission").  Among other information, Riverside and Senmao provided world export data from UN Comtrade to value respondents' input purchases.  Riverside 1st Benchmark Submission at 2, Exhibit 2; Senmao Benchmark Submission at 2, Attachments 1-6.  Riverside also provided data from the International Tropical Timber Organization ("ITTO") to benchmark plywood purchases.  Riverside 1st Benchmark Submissions at 1-2, Exhibit 1.  Riverside filed a second benchmark submission on January 26, 2021.  Letter from Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP to Sec'y Commerce, re: *Second Benchmark Data Submission: 2018 Administrative Review of the Countervailing Duty Order on Multilayered Wood Flooring from the People's Republic of China (C-570-971)* (Jan. 26, 2021).

      11.     Commerce issued it preliminary results on April 19, which were published on April 23, 2021.  Prelim Results, 86 Fed. Reg. at 21,693.  Commerce preliminarily calculated countervailing duty rates of 5.19% for Senmao, 9.36% for Riverside, and 8.12% for the non-selected companies subject to this administrative review.  *Id.* at 21,694.  *See also* Memorandum from Dennis McClure & Suzanne Lam, Int'l Trade Compliance Analysts, AD/CVD Operations, Off. VIII, through Irene Gorelik, Acting Program Manager, AD/CVD Operations, Off. VIII, to The File, re: *Countervailing Duty Administrative Review of Multilayered Wood Flooring from the*

Ct. No. 21-00596

*People's Republic of China: Preliminary Results Calculations for Riverside Plywood Corp.* (Apr. 19, 2021) ("Riverside Prelim Calc Memo"); Memorandum from Dennis McClure & Suzanne Lam, Int'l Trade Compliance Analyst, AD/CVD Operations, Off. VIII, through Irene Gorelik, Acting Program Manager, AD/CVD Operations, Off. VIII, to The File, re: *Countervailing Duty Administrative Review of Multilayered Wood Flooring from the People's Republic of China: Preliminary Results Calculations for Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.* (Apr. 19, 2021) ("Senmao Prelim Calc Memo").

12. In its preliminary countervailing duty calculations, Commerce relied on the UN Comtrade data submitted by all parties to benchmark respondents' purchases of plywood, fiberboard, veneers, wood glues and adhesives, paint, primer, and stain, and cut timber. Prelim Decision Memo at 33-34. Commerce also relied on the ITTO data submitted by Riverside to benchmark respondents' plywood purchases. Prelim Decision Memo at 33-34. Commerce calculated benchmark prices by summing all monthly quantity and value data from each source and calculating a monthly average unit value ("AUV") based on those data. *See* Riverside Prelim Calc Memo at Attachment 2; Senmao Prelim Calc Memo at Attachment 2. Commerce did this even where certain data sets were submitted by more than one party. *See* Riverside Prelim Calc Memo at Attachment 2; Senmao Prelim Calc Memo at Attachment 2. Commerce also weighted the ITTO data equally to the UN Comtrade data on the record when constructing its plywood benchmark. *See* Riverside Prelim Calc Memo at 6-7, Attachment 2 (tab "Plywood Bench"); Senmao Prelim Calc Memo at 4-5, Attachment 2 (tab "Plywood Bench").

13. Parties filed case and rebuttal briefs on June 1, 2021 and June 15, 2021, respectively. In its case brief, *inter alia*, AMMWF argued that Commerce should revise its benchmark calculations to properly value multiple sources of data. Letter from Wiley Rein LLP

6

Ct. No. 21-00596

to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Case Brief* (June 1, 2021) at 3-17 ("AMMWF Case Br."). Specifically, AMMWF argued that Commerce should adopt a more accurate benchmark data averaging methodology by taking the average of each Harmonized Tariff Schedule ("HTS") category of data and then combining those averages to construct its benchmarks. *Id.* at 3-10. AMMWF explained that by failing to correct its averaging methodology Commerce would encourage gamesmanship from parties in submitting benchmark data and deprive the agency of the best information from which to make its calculations. *Id.* at 9-10. AMMWF also argued that Commerce should revise its plywood for LTAR benchmark to appropriately value the UN Comtrade and ITTO data on the record. *Id.* at 11-14. AMMWF identified deficiencies in the ITTO data submitted by Riverside and urged Commerce to either exclude it entirely from the benchmark calculations or to re-weigh the limited ITTO data so that it is not given equal weight to the UN Comtrade data submitted by all parties. *Id.* AMMWF asked Commerce to create a single ITTO data point that is the AUV average of all relevant ITTO data sets. *Id.* at 14.

14. Riverside, Senmao, and the GOC each filed case briefs as well. Letter from Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP to Sec'y Commerce, re: *Administrative Case Brief: 2018 Administrative Review of the Countervailing Duty Order on Multilayered Wood Flooring from China (C-570-971)* (June 2, 2021); Letter from Husch Blackwell LLP to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Case Brief* (June 1, 2021); Letter from Law Offices of deKieffer & Horgan, PLLC to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Case Brief* (June 1, 2021). Commerce also received case briefs and letters in lieu of a case brief from numerous other parties. I&D Memo at 3.

Ct. No. 21-00596

15. Multiple parties filed rebuttal briefs. AMMWF addressed arguments made by numerous parties in its rebuttal brief, including those related to proposed adjustments to Commerce's wood input for LTAR benchmark calculations. *See* Letter from Wiley Rein LLP to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Rebuttal Brief* (June 15, 2021) at 6-14. In its rebuttal brief, Riverside argued that AMMWF's arguments concerning Commerce's plywood benchmark methodology should be rejected. Letter from Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt, LLP to Sec'y Commerce, re: *Rebuttal Brief: 2018 Administrative Review of the Countervailing Duty Order on Multilayered Wood Flooring from China (C-570-971)* (June 15, 2021) at 2-9. Similarly, Senmao argued in its rebuttal brief that Commerce should not modify its benchmark averaging methodology and its should not disregard the ITTO data or weight it differently. Letter from Husch Blackwell LLP to Sec'y Commerce, re: *Multilayered Wood Flooring from the People's Republic of China: Rebuttal Brief* (June 15, 2021) at 2-3. Commerce also received letters in lieu of a rebuttal brief from several other parties. I&D Memo at 3-4.

16. Commerce held a public hearing on September 9, 2021. *Id.* at 4.

17. Commerce issued its final results on October 20, 2021, which were published on October 27, 2021. Final Results, 86 Fed. Reg. at 59,362. Commerce calculated final subsidy rates of 5.81% for Senmao, 9.18% for Riverside, and 8.17% for the non-selected companies. *Id.* at 59,363. *See also* Memorandum from Dennis McClure, Int'l Trade Compliance Analyst, AD/CVD Operations, Off. VIII, through Katie Marksberry, Program Manager, AD/CVD Operations, Off. VIII, to The File, re: *Countervailing Duty Investigation on Multilayered Wood Flooring from the People's Republic of China: Final Results Calculations for Riverside Plywood Corporation* (Oct. 20, 2021) ("Riverside Final Calc Memo"); Memorandum from Dennis

McClure, Int'l Trade Compliance Analysts, AD/CVD Operations, Off. VIII, through Katie Marksberry, Program Manager, AD/CVD Operations, Off. VIII, to The File, re: *Countervailing Duty Investigation on Multilayered Wood Flooring from the People's Republic of China: Final Results Calculations for Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.* (Oct. 20, 2021) ("Senmao Final Calc Memo").

18. Commerce addressed the arguments raised by AMMWF and other parties in its final Issues and Decision Memorandum. I&D Memo at 13-94. With respect to adopting a more accurate benchmark data averaging methodology, Commerce removed certain duplicative data sources "by removing datasets from the same source with the same HS codes to ensure that data points are not over-counted in the benchmark price calculations." *Id.* at 66-67. However, Commerce continued to construct averages with multiple datasets for the same HTS category, instead of using an average of each HTS category. *See id.* at 66-67; Riverside Final Calc Memo at Attachment 2; Senmao Final Calc Memo at Attachment 2. Concerning the valuation of UN Comtrade and ITTO data, Commerce explained that "there is nothing on the record that indicates the ITTO data are aberrational and, therefore, unreliable." I&D Memo at 63. Commerce continued to give the ITTO data equal weight to the UN Comtrade data submitted by other parties, "continu{ing} to weight-average these two datasets." *Id.* at 66. *See also* Riverside Final Calc Memo at Attachment 2; Senmao Final Calc Memo at Attachment 2.

19. After receiving ministerial error comments from several parties, including AMMWF, Commerce amended its final results to correct certain ministerial errors on November 23, 2021. Memorandum from Irene Darzenta Tzafolias, Dir., Off. VIII, AD/CVD Operations to James Maeder, Deputy Assistant Sec'y for AD/CVD Operations, re: *Countervailing Duty Administrative Review of Multilayered Wood Flooring from the People's Republic of China:*

Ct. No. 21-00596

*Allegations of Ministerial Errors in the Final Results* (Nov. 23, 2021). Commerce published its amended final results on December 1, 2021, calculating amended final subsidy rates of 6.13% for Senmao, 9.18% for Riverside, and 8.27% for the non-selected companies. Amended Final Results, 86 Fed. Reg. at 68,219-20.

## CLAIMS AND BASES FOR RELIEF

### Count I

20. Plaintiff hereby realleges and incorporates by reference paragraphs 1 through 19.

21. Commerce improperly constructed benchmarks for veneers, fiberboard, and paint, primer, and stain by overweighing certain HTS categories where data was submitted by multiple parties. Accordingly, the agency's benchmark calculations are unsupported by substantial evidence and not in accordance with law.

### Count II

22. Plaintiff hereby realleges and incorporates by reference paragraphs 1 through 21.

23. Commerce improperly included ITTO data in constructing benchmarks for plywood. In the alternative, Commerce improperly weighted the ITTO data in the benchmark construction. Therefore, the agency's benchmark calculations are unsupported by substantial evidence and not in accordance with law.

## REQUEST FOR JUDGMENT AND RELIEF

For the reasons stated in this Complaint, Plaintiff respectfully requests that the Court:

1) Hold that aspects of Commerce's final results in the countervailing duty administrative review of *Multilayered Wood Flooring from the People's Republic of China* is not supported by substantial evidence and is otherwise not in accordance with law; and

Ct. No. 21-00596

  2)  Remand the final results to Commerce for disposition consistent with the Court's final opinion; and

  3)  Grant such other relief as the Court may deem just and proper.

                    Respectfully submitted,

                    */s/ Timothy C. Brightbill*
                    Timothy C. Brightbill, Esq.
                    Stephanie M. Bell, Esq.
                    Theodore P. Brackemyre, Esq.

                    **WILEY REIN LLP**
                    2050 M Street, NW
                    Washington, DC 20036
                    (202) 719-7000

                    *Counsel for the American Manufacturers of Multilayered Wood Flooring*

Dated:  December 22, 2021

# CERTIFICATE OF SERVICE

PUBLIC SERVICE

### *American Manufacturers of Multilayered Wood Flooring v. United States*
### Court No. 21-00596

I certify that a copy of this public submission was served on the following parties, via certified mail and electronic service, on December 22, 2021.

                    */s/ Theodore P. Brackemyre*

Mark Ludwikowski, Esq.
**Clark Hill PLC**
1001 Pennsylvania Ave., NW
Suite 1300 South
Washington, DC 20004

Kristin H. Mowry, Esq.
**Mowry & Grimson PLLC**
5335 Wisconsin Ave., NW
Suite 810
Washington, DC 20015

Adams Lee, Esq.
**Harris Bricken McVay Sliwoski LLP**
600 Stewart St.
Suite 1200
Seattle, WA 98101

Ronald M. Wisla, Esq.
**Fox Rothschild LLP**
1030 15th St., NW
Suite 380
Washington, DC 20005

Gregory S. Menegaz, Esq.
**deKieffer & Horgan**
1090 Vermont Ave., NW
Suite 410
Washington, DC 20005

Francis J. Sailer, Esq.
**Grunfeld Desiderio Lebowitz Silverman Klestadt LLP**
1201 New York Ave., NW
Washington, DC 20005

H. Deen Kaplan, Esq.
**Hogan Lovells US LLP**
555 13th St., NW
Washington, DC 20004

Jeffrey S. Neeley, Esq.
**Husch Blackwell LLP**
750 17th St., NW
Suite 900
Washington, DC 20006

Zhang Ye
**Beijing Kang Da Law Firm**
5th Floor, Building C
International Wonderland
Xindong Road, Chaoyang District
Beijing, China 100027

David Craven, Esq.
**Craven Trade Law LLC**
3744 N Ashland
Chicago, IL 60613

Yangfan Xie
**Embassy of the People's Republic of China**
2133 Wisconsin Ave., NW
Washington, DC 20007

Attorney in Charge
International Trade Field Office
**U.S. Department of Justice, Civil Division**
Room 346, Third Floor
26 Federal Plaza
New York, NW 10278

Sonia M. Orfield, Esq.
Civil Division – Commercial Litigation Branch
**U.S. Department of Justice**
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

Gregory McCue, Esq.
**Steptoe & Johnson LLP**
1330 Connecticut Ave., NW
Washington, DC 20036

General Counsel
**U.S. Department of Commerce**
14th St. and Constitution Ave., NW
Washington, DC 20230